**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE JAVIER AGUILAR RANGEL,**<br>**Petitioner,**<br>**v.**<br>**DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,**<br>**Respondents.** | **NO. 5:26-cv-05773-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** as set forth in the Court's accompanying Order.

DATED: October 14, 2026

Karen L. Stevenson
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE